# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED NOVEMBER 19, 2021

## NO. 03-19-00848-CR

**Derek Grinstead, Appellant**

**v.**

**The State of Texas, Appellee**

**APPEAL FROM THE 390TH DISTRICT COURT OF TRAVIS COUNTY
BEFORE JUSTICES GOODWIN, TRIANA, AND SMITH
MODIFIED AND, AS MODIFIED, AFFIRMED -- OPINION BY JUSTICE SMITH**

This is an appeal from the judgment of conviction entered by the trial court. Having reviewed the record and the parties' arguments, the Court holds that there was no error in the court's judgment requiring reversal. However, there was error in the judgment that requires correction. Therefore, the Court modifies the trial court's judgment to reflect that appellant pleaded "not guilty" and that the "findings on deadly weapon" is "yes." The judgment, as modified, is affirmed. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.